Exhibit "1"

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

May 30, 2023

Casartello & Murphy
Attorney Kevin G. Murphy
121 State St, Suite 202
Springfield, MA  01103

Re:  Kevin Divoll
     D.O.B   8/4/1971
     USMS#   14440-510

Dear Attorney Murphy:

Please be advised, Mr. Divoll was received at the Donald W. Wyatt Detention Facility on August 9, 2022.  He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Divoll is currently participating in the Detainee Worker Program since September 30, 2022 going from a Unit worker to a Utility worker on May 5, 2023.  He has also completed several programs to include Effective Communication, Rational Thinking, What is Right for Me?, Letter to My Younger Self, Manage Stress and Criminal Lifestyles; his certificates are attached. Mr. Divoll has also been attending the Sex Offender Treatment (SOT) class since September two times per week for an hour each.

Mr. Divoll has been disciplinary infraction free.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

M. Nessinger
Warden

MN/ab

June 1, 2023

Kevin G. Murphy
121 State St., Suite 202
Springfield, MA 01103

Re:  Kevin Divoll Treatment Participation Letter

Dear Attorney Murphy:

I am submitting this letter on behalf of Kevin Divoll who has been participating in the Sex Offender Treatment (SOT) class here at Donald W. Wyatt Detention facility since September 20, 2022.

Since Mr. Divoll's inception to the class soon after his arrival to the facility, I have observed Mr. Divoll to be a consistently active participant in the short time he has been enrolled. Mr. Divoll has regularly attended each class, which occurs twice a week for an hour. Mr. Divoll contributes to the discussion by sharing relevant history and taking accountability for his offense. Additionally, Mr. Divoll explores behaviors and life choices as a means to identify the path he has chosen, that resulted in his current incarceration. Mr. Divoll is receptive to suggestions and also provides appropriately challenging feedback to his peers. Mr. Divoll gives significant thought to recommendations provided and is able to implement any changes required. Mr. Divoll is received positively by his peers and staff and regularly exhibits positive support to his classmates. In addition to acknowledging his sex offense, Mr. Divoll identifies and utilizes coping skills and interventions, which he will need to maintain a healthy and pro-social lifestyle.

Mr. Divoll has also expressed an interest in seeking out and obtaining information for ongoing treatment in the community which would address multiple issues related to his mental health more suited for his personal recovery. Mr. Divoll has developed a support system, identifying his mother and a few friends as supportive. Mr. Divoll has also begun to consider a release plan which is vital for success when reintegrating back into society. Additionally, Mr. Divoll has identified areas of personal growth that he needs to continue to work on.

In addition to the SOT class, this writer meets with Mr. Divoll on an individual basis to address a range mental health issues and stressors as they arise or as they relate to his offense. These meetings take place approximately every 3-4 weeks if feasible baring any institutional factors. However, through medication management with the facility psychiatrist, Mr. Divoll has been able to engage in these individual meetings less frequently due to his ability to cope better on his own. The psychotropics have also allotted Mr. Divoll the ability to focus more effectively on his SOT class due to the decrease in his anxiety and depression. Mr. Divoll is encouraged to continue with Sex Offender Treatment, continue taking psychotropics to manage his emotions, and he is recommended to seek out treatment for his mental health as his diagnoses may have also contributed to his sex offending behaviors.

The SOT class integrates psycho-educational information relevant to sex offending behaviors including Child Sexual Exploitation Material (CSEM) and provides a venue for detainees to process multiple issues in addition to their charges. During SOT class sessions, the most common treatment modalities that are utilized in a collaborative manner are Strengths Based Treatment, Motivational Interviewing (MI), and Cognitive Behavioral Therapy (CBT) in addition to the class curriculum.

I'm confident that my qualifications and training as a licensed Mental Health Counselor will satisfy this endorsement of progress and participation. I received my training and have previously worked for five years at the Massachusetts Treatment Center in Bridgewater Massachusetts. The Treatment Center facilitates assessments, group therapy, psycho-educational classes and addresses multiple treatment needs, specifically for individuals who have been incarcerated and/or civilly committed for sex crimes.

I hope this satisfies your request and acknowledges the overall progress and participation that Mr. Divoll has made since his and my introduction. If you have additional questions or need additional information, I would be happy to provide you what I can that complies with the facility's policy and requirements.

Best Regards,


Betsy E. Riccio, LMHC
Mental Health Coordinator
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
(401) 721-0433
briccio@wyattdetention.com

# CERTIFICATE of COMPLETION

## PRESENTED TO

# KEVIN DIVOLL

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

## *Rational Thinking - 2023*

At The Donald W. Wyatt Detention Facility



_____
KRISTEN DAMASO
Major
2/27/2023

# CERTIFICATE of COMPLETION

PRESENTED TO

# KEVIN DIVOLL

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Criminal Lifestyles - 2023*

At The Donald W. Wyatt Detention Facility



_____
PROGRAMS DEPT.

4/17/2023

# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

### Kevin Divoll

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

**Manage Stress**

Granted April 4, 2023

_Betsy E. Riccio, LMHC, MH Coordinator_

# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

**IS HEREBY GRANTED TO**

# Kevin Divoll

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

Letter to My Younger Self

Granted March 7, 2023

*Betsy E. Riccio, LMHC, MH Coordinator*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

### Kevin Divoll

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

**What is Right for Me?**

Granted February 28, 2023

_Betsy E. Riccio, LMHC, MH Coordinator_

# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# Kevin Divoll

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Effective Communication

Granted October 21, 2022

_Betsy E. Riccio, LMHC, MH Coordinator_